UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:24-cv-09070-AH-(MAAx) | Date February 25, 2025 |
| Title *Service Master Fresh v. Chubb Insurance et al.* | |

Present: The Honorable   Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE**

This action was filed over 90 days ago, and the docket does not show that service of the summons and complaint has been made to Defendant Greenspan Company as required by Fed. R. Civ. P. 4(m). Although not referenced in the body of the First Amended Complaint, Defendant Greenspan Company is listed in the case caption and therefore explanation is needed regarding lack of service.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why the action against Defendant Greenspan Company should not be dismissed with prejudice. Plaintiff shall file a written response to this Order to Show Cause no later than March 11, 2025.

In lieu of a written response, Plaintiff may discharge this Order to Show Cause by filing an appropriate proof of service or a proper request to dismiss Defendant Greenspan Company. Failure to file a timely and satisfactory response may result in the dismissal of this action in its entirety against Defendant Greenspan Company for lack of prosecution.

**IT IS SO ORDERED.**